# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

RECEIVED-CLERK
U.S. DISTRICT COURT

2005 MAR 18  A 10: 43

UNITED STATES OF AMERICA

V.                                                         2:00-CR-323-05

HASSON HAWKINS

## PETITION FOR LEAVE TO FILE TITLE 28 U.S.C. 2255
## AND FOR EXTENSION OF TIME

Hasson Hawkins, Pro Se
# 96935-071
F.C.I. FAIRTON
P.O. Box 420
Fairton, New Jersey 08320

1. Petitioner, Hasson Hawkins, respectfully moves this Court to allow the filing of his Title 28 U.S.C. 2255. Petitioner offers this Court the explanation of the delay of **14 days** of the filing of the writ, as Petitioner was not aware of and was never advised by previously appointed counsel Maria Delgaizo Noto, of 746 Highway 34, Suite 8 Matawan, New Jersey 07102 of the exact date upon which the writ., was due to this Honorable Court.

2. Petitioner further offers to this Court the fact that Petitioner is now represented by counsel Jerome Brown Esq. of 1628 J.F.K. Blvd. Suite 1000, 8 Penn Center, Philadelphia PA 19103, (215) 568-0607. It was during the 03/14/05 consultation with newly hired counsel that this petitioner did in fact; realize that his 2255 writ to this Court was indeed, late.

3. Therefore, Petitioner respectfully request this Court to consider and **GRANT** ax extension of time of 45 days for the 2255 writ to be filed.

## CERTIFICATE OF SERVICE

I Hasson Hawkins, do hereby sware under the penalty of perjury that I have served the attached Petition For Leave To File Title 28 U.S.C. 2255 and For Extension Of Time upon the following parties via first class prepaid mail, through the FCI FAIRTON Mail Room Legal Mail Division:

Stephen J. Taylor
Assistant United States Attorney
United States Attorney Office
970 Broad Street
Newark New Jersey, 07102

Attorney Jerome M. Brown
Attorney at Law
1628 J.F.K. Blvd.
Suite 1000
Philadelphia, PA 19103

On this 15 day of March

Respectfully Submitted

*Hasson Hawkins*
Mr. Hasson Hawkins

RECEIVED-CLERK
U.S. DISTRICT COURT

2005 MAR 18  A 10: 42

Hasson Hawkins 96935071
FCI Fairton
P.O. Box 420
Fairton, NJ 08320

Attn: Clerk of Court
MLK Fed Blds; US Courthouse
50 Walnut St.
PO Box 419
Newark, NJ 07101