**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** June 28, 2017
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** RALPH FLORIO

**TITLE OF CASE:**  **DOCKET # 00-cr-323-3**
UNITED STATES OF AMERICA

vs.

ERIC MACK

**APPEARANCES:**
Lakshmi Herman, AUSA for Government.
Kevin Carlucci, AFPD Attorney for Defendant
Dana Hafner, USPO

**Nature of Proceedings**: Status conference on the letter submitted by Eric Mack on 6/4/17.
Application/letter to terminate supervised release by Eric Mack (d.e. 521).
Ordered request GRANTED.
Ordered remainder of fine imposed during sentencing in the amount of $1395.00 shall be vacated.
Order of early termination of supervised release to be submitted to the court.

**Time Commenced: 11:40 AM**
**Time Adjourned: 12:00 PM**

Maria F. Garcia, Deputy Clerk
to the Honorable Katharine S. Hayden, U.S.D.J
