UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CRIM NO. 00-323-003 (KSH) |
| v. : | |
| ERIC MACK, : | |

This matter having been opened to the Court by Eric Mack, (Kevin F. Carlucci, Assistant Federal Public Defender appearing), and the United States, (Lakshmi Herman, Assistant United States Attorney), appearing, for an order terminating supervised release.

IT IS, on this 30th day of June, 2017

ORDERED that the term of supervised release imposed in this matter on April 23, 2002 is hereby terminated.

IT IS FURTHER ORDERED that any remaining balance of the fine imposed in this matter is hereby waived.

_____
HONORABLE KATHERINE S. HAYDEN
United States District Judge