

TO: Clerk of the Court
RE: US v. MACK
Docket # 2:00-cr-00323-(KSH)-ALL

DEAR Clerk,

I'm writing this letter, requesting a copy of an updated Docket Sheet. A Docket Sheet is needed for my up and coming appeals.

Can you please forward me an updated Docket pertaining to my case.

Thank-you

Sincerely
Ronald Mack

Date: 8-10-17

Ronald Mack #23273-050
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA

LEGAL MAiLoos

HARRISBURG PA 171
11 AUG 2017 PM 1 L

#23273-050
TO
The Clerk Us District Court
PO BOX 999
Newark NJ 07101-0999
United States

07101-099999