10-12-17

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2017 OCT 17 A 11:22

Case Name: USA v. Mack, et al

Case Number: 2:00-cr-00323-KSH

Judge: Katharine S. Hayden

Dear Clerk,

Can you send me an updated Docket sheet in my above entitled case. I have no way on knowing of any changes of Attorney's, Motions, or Court Dates in my case. Can you please forward me a copy of the Docket sheet.

Thanking you in advance, for your time.



Ronald Mack
Reg. No. 23273-050
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954

HARRISBURG PA 171
13 OCT 2017 PM 3 L

⇔68205-050⇔
The Clerk District Court
PO BOX 999
Newark, NJ 07101-0999
United States

07101-099999